| | |
|---|---|
| 1 | ANDREW L. PACKARD (State Bar No. 168690) |
|   | ERIK M. ROPER (State Bar No. 259756) |
| 2 | HALLIE B. ALBERT (State Bar No. 258737) |
|   | Law Offices of Andrew L. Packard |
| 3 | 100 Petaluma Boulevard N., Suite 301 |
|   | Petaluma, CA 94952 |
| 4 | Tel: (707) 763-7227 |
|   | Fax: (415) 763-9227 |
| 5 | E-mail: andrew@packardlawoffices.com |
|   |            erik@packardlawoffices.com |
| 6 |            hallie@packardlawoffices.com |
| 7 | ROBERT J. TUERK (State Bar No. 255741) |
|   | Jackson & Tuerck |
| 8 | P.O. Box 148 |
|   | 429 W. Main Street, Suite C |
| 9 | Quincy, CA  95971 |
|   | Tel: (530) 283-0406 |
| 10 | Fax: (530) 283-0416 |
|   | E-mail: bob@jacksontuerck.com |
| 11 | |
|   | Attorneys for Plaintiff |
| 12 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE |
| 13 | JOHN LYNN SMITH (State Bar No. 154657) |
|   | JULIA C. BUTLER (State Bar No. 199133) |
| 14 | Reed Smith LLP |
|   | 101 Second Street, Suite 1800 |
| 15 | San Francisco, CA  94105 |
|   | Tel: (415) 543-8700 |
| 16 | Fax: (415) 391-8269 |
|   | E-mail:  jlsmith@reedsmith.com |
| 17 |          jbutler@reedsmith.com |
| 18 | Attorneys for Defendants |
|   | USA WASTE OF CALIFORNIA, INC. and MIKE DONOHUE |
| 19 | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 21 | CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | Case No. 2:10-cv-01096-GEB-KJN |
| 22 | | STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON |
| 23 | Plaintiff, | |
| 24 | vs. | Judge: Hon. Garland E. Burrell, Jr. |
| 25 | USA WASTE OF CALIFORNIA, INC. a Delaware corporation, and MIKE DONOHUE, an individual, | |
| 27 | Defendants. | |
| 28 | | |

- 1 -
STIPULATION TO ALLOW PLAINTIFF'S FILING OF PROPOSED FIRST AMENDED COMPLAINT; AND, [PROPOSED] ORDER THEREON

WHEREAS, Plaintiff California Sportfishing Protection Alliance ("Plaintiff" or "CSPA") filed its Complaint in this action on May 4, 2010;

WHEREAS, on or about September 10, 2010, Plaintiff provided notice of Defendant USA Waste of California, Inc.'s alleged violations of California Health & Safety Code Section 25249.5 (also referred to as "Proposition 65") ("Proposition 65 Notice"), and of its intention to file suit against Defendant USA Waste of California, Inc., to the Proposition 65 Enforcement Reporting section of the office of the California Attorney General ("California Attorney General"); the District Attorney of each California county containing sources of drinking water potentially impacted by Defendant USA Waste of California, Inc.'s violations of Proposition 65 as described in the Proposition 65 Notice; and, to Defendant USA Waste of California, Inc., as required by California Health & Safety Code Section 25249.5 *et seq.*;

WHEREAS, the 60-day statutory notice period of the Proposition 65 Notice will expire on or about November 14, 2010;

WHEREAS, Plaintiff has provided Defendants herein a proposed First Amended Complaint which adds a claim alleging that Defendant USA Waste of California, Inc.'s operation of the Facility has caused and continues to cause, the discharge of lead, lead compounds, arsenic, cadmium, mercury and nickel to sources of drinking water in violation of Proposition 65;

WHEREAS, the parties would like to avoid incurring the legal fees which will necessarily arise were Defendants to contest Plaintiff's filing of the proposed First Amended Complaint;

WHEREAS, the parties would like to continue their settlement discussions and negotiations to fully resolve this matter;

WHEREAS, the parties agree that by entering into this Stipulation, Defendants are not waiving any defenses they may have with respect to any of the new allegations or causes of action in Plaintiff's First Amended Complaint;

THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Sportfishing Protection Alliance and Defendants USA Waste of California, Inc. and Mr. Mike Donohue, that Plaintiff shall be permitted to file its proposed First Amended Complaint on

November 15, 2010, or as soon thereafter as may be convenient for Plaintiff.  Defendants' response to the First Amended Complaint shall be filed no later than twenty-one days after the filing of Plaintiff's First Amended Complaint.

Dated: November 5, 2010                    Respectfully submitted,
                                                              LAW OFFICES OF ANDREW L. PACKARD


                                                              By: /s/ Erik Roper_____
                                                                      ERIK M. ROPER
                                                                      Attorneys for Plaintiff
                                                                      CALIFORNIA SPORTFISHING
                                                                      PROTECTION ALLIANCE


Dated: November 5, 2010                    REED SMITH LLP

                                                              By: /s/ Julia Butler_____
                                                                      JULIA C. BUTLER
                                                                      Attorneys for Defendants
                                                                      USA WASTE OF CALIFORNIA, INC. and
                                                                      MIKE DONOHUE

**ORDER**

Pursuant to Stipulation, it is ORDERED that (1) Plaintiff is granted leave to file its proposed First Amended Complaint on November 15, 2010, or as soon thereafter as may be convenient for Plaintiff; and, (2) Defendants' response to the First Amended Complaint shall be filed no later than twenty-one days after the filing of Plaintiff's First Amended Complaint.

11/10/10

_____
GARLAND E. BURRELL, JR.
United States District Judge