1  ANDREW L. PACKARD (Bar No. 168690)
   ERIK M. ROPER (Bar No. 259756)
2  HALLIE B. ALBERT (Bar No. 258737)
   Law Offices of Andrew L. Packard
3  100 Petaluma Blvd. N., Suite 301
   Petaluma, CA 94952
4  Tel: (707) 763-7227
   Fax: (707) 763-9227
5  E-mail: Andrew@packardlawoffices.com

6  ROBERT J. TUERCK (Bar No. 255741)
7  Jackson & Tuerck
   P. O. Box 148
8  429 W. Main Street, Suite C
   Quincy, CA 95971
9  Tel: (530) 283-0406
   E-mail: bob@jacksontuerck.com

10
   Attorneys for Plaintiff
11 CALIFORNIA SPORTFISHING
   PROTECTION ALLIANCE

12
13         **UNITED STATES DISTRICT COURT**
           **EASTERN DISTRICT OF CALIFORNIA**
14

15 | CALIFORNIA SPORTFISHING | Case No. 2:10-CV-01096-GEB-KJN |
16 | PROTECTION ALLIANCE, a non-profit corporation, | **STIPULATION TO DISMISS PLAINTIFF'S** |
17 | Plaintiff, | **CLAIMS WITH PREJUDICE; ORDER** |
   | | **GRANTING DISMISSAL WITH** |
18 | vs. | **PREJUDICE [FRCP 41(a)(2)]** |
19 | USA WASTE OF CALIFORNIA, INC. a | |
20 | Delaware corporation, and MIKE DONOHUE, an individual, | (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387; and, California Health & Safety Code § 25249.5 *et seq.*) |
21 | Defendants. | |
22

23

24     **WHEREAS**, on or about March 4, 2010, Plaintiff California Sportfishing Protection

25 Alliance ("CSPA") provided Defendants USA WASTE OF CALIFORNIA, INC., a Delaware

26 corporation, and MIKE DONAHUE, an individual, ("Defendants") with a Notice of Violations

27 and Intent to File Suit ("CWA Notice") under Clean Water Act §505, 33 U.S.C. §1365.

28

                                    1
                     **STIPULATION TO DISMISS**

1    **WHEREAS**, on May 4, 2010, CSPA filed its Complaint against Defendants in this

2    Court, *California Sportfishing Protection Alliance v. Cook Concrete Products, Inc.,* et al.,

3    (USDC, E.D. Cal., Case No. 2:10-cv-01083-JAM-DAD) and said Complaint incorporates by

4    reference all of the allegations contained in CSPA's CWA Notice;

5    **WHEREAS**, on or about September 10, 2010, Plaintiff provided notice of USA

6    Waste's alleged violations of California Health & Safety Code § 25249.5 *et seq.* (referred to as

7    "Proposition 65") ("Proposition 65 Notice Letter"), and of its intention to file suit against USA

8    Waste to the Proposition 65 Enforcement Reporting section of the office of the California

9    Attorney General ("California Attorney General"); the District Attorney of each California

10   county containing sources of drinking water potentially impacted by USA Waste's violations

11   of Proposition 65 as described in the Proposition 65 Notice Letter; and, to USA Waste, as

12   required by California Health & Safety Code Section 25249.5 *et seq.*;

13   **WHEREAS**, the Parties have stipulated to leave for Plaintiff to file a First Amended

14   Complaint upon the expiration of the September 10, 2010 Proposition 65 Notice Letter;

15   **WHEREAS**, CSPA and Defendants, through their authorized representatives and

16   without either adjudication of CSPA's claims or admission by Defendant of any alleged

17   violation or other wrongdoing, have chosen to resolve in full by way of settlement the

18   allegations of CSPA as set forth in the CWA Notice and Complaint, thereby avoiding the costs

19   and uncertainties of further litigation.  A copy of the agreement ("Settlement Agreement")

20   entered into by and between CSPA and Defendants is attached hereto as **Exhibit A** and

21   incorporated by reference.

22   **WHEREAS**, the parties submitted the Settlement Agreement via certified mail, return

23   receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review

24   period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

25

26   **NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between

27   the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with

28

2

**STIPULATION TO DISMISS**

1  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully

2  request an order from this Court dismissing such claims with prejudice.  In accordance with

3  paragraphs 2 and 19 of the Settlement Agreement, the parties also request that this Court retain

4  and have jurisdiction over the Parties with respect to disputes arising under the Settlement

5  Agreement.

6       **SO STIPULATED AND ORDERED.**

7

8  Dated:  December 28, 2010       LAW OFFICES OF ANDREW L. PACKARD

9             By:___/s/_____
           Andrew L. Packard

10             Attorneys for Plaintiff
           CALIFORNIA SPORTFISHING PROTECTION

11             ALLIANCE

12

13  Dated:  December 29, 2010       REED SMITH LLP

14             By:___/s/_____

15             John Lynn Smith
           (per authority of JLS, granted December 28, 2010)

16             Attorneys for Defendants
           USA WASTE OF CALIFORNIA, INC.

17             and MIKE DONAHUE

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO DISMISS**

1

**ORDER**

2

Since the parties having stipulated and agreed,

3

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's

4

claims against USA WASTE OF CALIFORNIA, INC., a Delaware corporation, and MIKE

5

DONAHUE, an individual, as set forth in the Notice and Complaint filed in Case No. 2: 10-

6

CV-01096-GEB-KJN, are hereby dismissed with prejudice.

7

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the

8

Parties with respect to disputes arising under the Consent Agreement attached to the parties'

9

Stipulation to Dismiss as Exhibit A, filed on December 28, 2010.

10

11

**IT IS SO ORDERED.**

12

13

**Date:  1/7/2011**

14

15

16

_____

GARLAND E. BURRELL, JR.

17

United States District Judge

18

19

20

21

22

23

24

25

26

27

28

4